IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, INC., as Subrogee of Peter Hulburt Family Limited Partnership, | CASE NO.  2:18-CV-00539 |
| Plaintiff, | Judge Algenon Marbley<br>Magistrate Judge Kimberly A. Jolson |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SIMPLEXGRINNELL LP, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants Johnson Controls Fire Protection LP, f/k/a SimplexGrinnell LP and Heritage Fire Protection, Inc., by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal with prejudice of all claims and crossclaims against Johnson Controls Fire Protection LP, f/k/a SimplexGrinnell LP and Heritage Fire Protection Company, Inc., in the above-captioned proceeding.  Each party to bear its own costs.  A copy of the declaration containing Plaintiff's consent to this dismissal is attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ *John A. Favret* | */s/ Alan B. McMaster (With Consent)* |
| John A. Favret (0080427) | Alan B. McMaster |
| Christina E. Marino (0090614) | DENENBERG TUFFLEY, PLLC |
| TUCKER ELLIS LLP | 28411 Northwestern Highway |
| 950 Main Avenue, Suite 1100 | Suite 600 |
| Cleveland, OH  44113 | Southfield, MI  48034 |
| Telephone:  216-696-2678 | Telephone:  248-549-3900 |
| Facsimile: 216-592-5009 | Facsimile: 248-593-5808 |
| E-Mail:   john.favret@tuckerellis.com | E-Mail:     amcmaster@dt-law.com |
|             christina.marino@tuckerellis.com | |
| | *Attorney for Plaintiff Hanover Insurance Group, Inc., a/s/o Peter Hulburt Family Limited Partnership* |
| *Attorneys for Defendant Johnson Controls Fire Protection LP, f/k/a SimplexGrinnell LP* | |

*/s/ Thomas J. Connick (With Consent)*
Thomas J. Connick
CONNICK LAW, LLC
25550 Chagrin Boulevard
Suite 101
Beachwood, OH  44122-7341
Telephone:  216-364-0512
Facsimile:  216-609-3446
E-Mail:     tconnick@connicklawllc.com

*Attorney for Defendant Heritage Fire Company, Inc.*

3

**CERTIFICATE OF SERVICE**

      A copy of the foregoing was filed electronically on June 22, 2018.  Service of this filing will be made by operation of the Court's electronic filing system and by email to:

| | |
|---|---|
| Alan B. McMaster<br>DENENBERG TUFFLEY, PLLC<br>28411 Northwestern Highway<br>Suite 600<br>Southfield, MI  48034<br>Telephone:  248-549-3900<br>Facsimile:  248-593-5808<br>amcmaster@dt-law.com | *Attorney for Plaintiff Hanover Insurance Group, Inc., a/s/o Peter Hulburt Family Limited Partnership* |
| Thomas J Connick<br>CONNICK LAW, LLC<br>25550 Chagrin Boulevard<br>Suite 101<br>Beachwood, OH  44122-7341<br>Telephone:  216-364-0512<br>Facsimile:  216-609-3446<br>tconnick@connicklawllc.com | *Attorney for Defendant Heritage Fire Company, Inc.* |

      */s/ John A. Favret*
      *One of the Attorneys for Defendant Johnson Controls Fire Protection LP, f/k/a SimplexGrennell LP*